# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2633 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | File No. C2-19-37 |
| | : | |
| v. | : | Attorney Registration No. 30104 |
| | : | |
| HOWARD MARK HYMAN, | : | (Out of State) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 18th day of July, 2019, upon consideration of the Certificate of Admission of Disability by Howard Mark Hyman, he is immediately transferred to inactive status for an indefinite period and until further Order of the Court. *See* Pa.R.D.E. 301(e). He shall comply with all the provisions of Pa.R.D.E. 217.

All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.